AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**MARCUS PIERCE,**

    **Petitioner,**

**v.**

**WARDEN, NOBLE CORRECTIONAL INSTITUTION,**

    **Respondent.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.  C2-08-1079**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE MARK R. ABEL**

☐    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed June 10, 2010, JUDGMENT is hereby entered DISMISSING this action.**

Date: June 10, 2010             JAMES BONINI, CLERK

            */S/ Andy F. Quisumbing*
            (By) Andy F. Quisumbing
            Courtroom Deputy Clerk